**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

EMLYN LOUIS,

        Plaintiff,

v.                            CASE NO.  4:12cv48-RH/CAS

CORIZON HEALTH, INC.,

        Defendant.

_____/

**ORDER DISMISSING THE STATE CLAIMS
<u>BUT NOT THE FEDERAL CLAIMS</u>**

       This case is before the court on the magistrate judge's report and recommendation, ECF No. 21.  No objection has been filed.  Upon consideration

       IT IS ORDERED:

       The report and recommendation is ACCEPTED and adopted as the court's opinion.  The defendant's motion for to dismiss, ECF No. 2, is GRANTED IN PART and DENIED IN PART.  The plaintiff's state-law claims are dismissed with prejudice.  I do *not* direct the entry of judgment under Federal Rule of Civil

Procedure 54(b).  The plaintiff's federal claims are not dismissed.  The case is

remanded to the magistrate judge for further proceedings.

SO ORDERED on August 4, 2012.

s/Robert L. Hinkle
United States District Judge