IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EMLYN LOUIS,

    Plaintiff,

v.                                      CASE NO. 4:12-cv-48-MW/CAS

CORIZON HEALTH, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation , ECF No. 35, filed January 2, 2013. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The defendant's motion for summary judgment, ECF No. 23, is GRANTED. The clerk must enter judgment stating, "The plaintiff's claims are DISMISSED WITH PREJUDICE." The clerk must close the file.

SO ORDERED on January 22, 2013.

                                                           s/Mark E. Walker
                                                           United States District Judge